

```
                    NORWALK MUNICIPAL COURT
                       45 N. Linwood Ave
                      Norwalk, Ohio 44857
                         (419) 663-6750
```

Plaintiff(s)                                     : Case: CVI 2100521
Ybarra, Fernando                                 :
                                                 :
         VS                                      :
Defendant                                        :         SUMMONS
I.C. System Inc                                  :    SMALL   CLAIMS
                                                 :
444 Hwy 96 E                                     : Eric R. Weisenburger
St Paul Mn 55127                                 : Judge
         Defendant(s)                            :

                     * * * * * * * * * *

To I.C. SYSTEM INC

Please take notice that a Claim is hereby filed against the above
Defendant(s) and request that he (they) be summoned to appear in
Court to answer said Complaint.

Wherefore Plaintiff(s) prays judgment against Defendant in the
sum of  $ 6000.00 , plus interest from 04-16-2021 at the rate of
6.00 % and Costs.

The Court will hold trial on this claim in the Small Claims Division
of the above named Court on 05-20-2021  at 09:30 AM  to be held at:
   45 N LINWOOD AVE, NORWALK, OH 44857

If you do not appear at the hearing/trial, judgment may be entered
against you by default, and your earnings may be subject to garnish-
ment or your property may be attached to satisfy said judgment.  If
your defense is supported by witnesses, account books, receipts, or
other documents, you must produce them at that time.  Subpoenas
for witnesses, if requested by a party, will be issued by the Clerk.

If you admit the claim but desire time to pay, you may make such
request at the hearing/trial.

                                              Julie R. Good
                                              Clerk of Court


Date: Apr 16, 2021

                                              Clerk/Deputy Clerk

## SMALL CLAIM COMPLAINT

Fernando Ybarra
PO Box 372
Milan, OH 44846
Phone No. 567-401-6219  Plaintiff

Vs.

I. C. System, Inc
444 Hwy 96 E
St. Paul, MN 55127
Phone No. _____  Defendant

FILED
Norwalk Municipal Court
2021 APR  Norwalk, Huron Co., Ohio
Case No. CVI-2100524

TO THE CLERK:
  Please take notice that a claim is hereby filed against the above defendant(s) and request that he (they) be summoned to appear in Court to answer same.

### STATEMENT OF CLAIM

☐ ACCOUNT – EXHIBIT A ATTACHED AND MADE A PART HEREOF
☐ WAGES _____
☒ OTHER _____

  Wherefore plaintiff prays judgment against defendant in the sum of $ 6000 , plus interest from the 16th day of April , 2021, at the rate of 6 % and costs.

STATE OF OHIO     )
COUNTY OF HURON   ) ss.    **AFFIDAVIT OF COMPLAINANT'S CLAIM**
Fernando Ybarra , being first duly sworn, on oath states that, he represents the Plaintiff__ in the above entitled cause, that the said cause is for the payment of money that the nature of plaintiff's demand is as stated, and that there is due to plaintiff from the defendant the amount stated above; defendant(s) (is are) not now in the military or naval service of the United States.

Subscribed and sworn to before me this 16th day of April , 20 21

Clerk– Deputy Clerk – Notary Public

  If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subjected to garnishment, or your property may be attached to satisfy the judgment. If your defense is supported by witnesses, account books, receipts, or other documents, you must procure them at the trial. Subpoenas for witnesses, if requested by a party, will be issued by the clerk.
  If you admit the claim but desire time to pay, you may make such a request at the trial. IF YOU BELIEVE YOU HAVE A CLAIM AGAINST THE PLAINTIFF, YOU MUST FILE A COUNTERCLAIM WITH THE COURT AND MUST SERVE THE PLAINTIFF AND ALL OTHER PARTIES WITH A COPY OF THE COUNTERCLAIM AT LEAST SEVEN DAYS PRIOR TO THE DATE OF THE TRIAL OF THE PLAINTIFF'S CLAIM.

COPIES NEEDED: Original for Court; one for EACH defendant and one for Plaintiff

I.C. System, Inc
444 Hwy 96 E
St. Paul, MN 55127

1. Plaintiff prays for judgement against the above defendant in the sum of $6000.00 including court cost.

On 04/04/2021 I received a notice that I.C. System, Inc a collection company reported to the credit bureau they were trying to collect money owed on a residential account on behalf of Spectrum. This action was taken without any notice sent to me regarding the account.
This action caused the credit bureaus to lower my individual credit score. I did not receive any opportunity to defend myself before I.C. System, Inc reported me to the credit bureau.
I.C. System, Inc personnel did not cooperate with my request to find out why this action was taken.
I.C. System, Inc has caused financial delays with my current banks affecting the ability to obtain loans.
Their actions and unwillingness to cooperate to correct this problem is absolutely irresponsible.